UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LOVEPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00605-JPH-MJD |
| | ) | |
| WARDEN Clay County Justice Center, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This action is **dismissed without prejudice** pursuant to the petitioner's notice of voluntary dismissal, dkt. [6], and Fed. R. Civ. P. 41(a)(1)(A)(i). The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 9/23/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Mantaj Hans
mantaj@gmail.com